UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP SABATINO OGNIBENE,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIP SABATINO LAGORI, and SIGNATURE BANK,<br><br>    Defendants.<br><br>And related Cross-claims and Third Party Complaint. | Case No.  2:12-cv-01307-RCJ-GWF<br><br>**ORDER** |

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Third-Party Defendant removed this matter to federal court on July 25, 2012.   Third-Party Defendant Carrie Nowak filed her Answer (#19) on October 31, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 14, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 3rd day of January, 2013

                                                                                       GEORGE FOLEY, JR.<br>
                                                                                       United States Magistrate Judge