David C. McElhinney
State Bar No. 33
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.321-3414
E-mail: dmcelhinney@lrrc.com
*Attorneys for Defendant Philip Sabatino Lagori*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP SABATINO OGNIBENE,<br><br>　　Plaintiff,<br><br>v.<br><br>PHILIP SABATINO LAGORI, et al.,<br><br>　　Defendant. | CASE NO. 2:12-CV-01307-RCJ-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO MOTION TO VACATE DEFAULT JUDGMENT [FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PHILIP SABATINO OGNIBENE ("Plaintiff") and PHILIP SABATINO LAGORI ("Defendant"), through their respective counsel, that Plaintiff shall file a response to Defendant's Motion to Vacate and Set Aside Final Judgment by Default as to Defendant Philip Sabatino Lagori [D73] on or before Tuesday, March 13, 2018.

DATED this 27th day of February, 2018.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | CLEAR COUNSEL LAW GROUP |
| By: /s/ David C. McElhinney<br>David C. McElhinney, SBN 33<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501-2128<br>*Attorneys for Defendant Philip Sabatino Lagori* | By: /s/ Jonathan W. Barlow<br>Jonathan W. Barlow, SBN 9964<br>1671 W. Horizon Ridge Pkwy. #200<br>Henderson, NV 89012<br>*Attorneys for Plaintiff Philip Sabatino Ognibene* |

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

103939986_1103918509_1