1  David C. McElhinney
   State Bar No. 33
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   One East Liberty Street, Suite 300
3  Reno, Nevada 89501-2128
   Tel: 775.321-3414
4  E-mail: dmcelhinney@lrrc.com
   *Attorneys for Defendant Philip Sabatino Lagori*
5

6                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
7
   PHILIP SABATINO OGNIBENE,                    CASE NO. 2:12-CV-01307-RCJ-GWF
8
          Plaintiff,
9                                               **STIPULATION AND ORDER TO**
   v.                                           **EXTEND DEADLINE FOR FILING**
10                                              **REPLY IN SUPPORT OF MOTION TO**
   PHILIP SABATINO LAGORI, et al.,              **VACATE DEFAULT JUDGMENT**
11                                              **[FIRST REQUEST]**
          Defendant.
12

13        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PHILIP

14 SABATINO OGNIBENE ("Plaintiff") and PHILIP SABATINO LAGORI ("Defendant"),

15 through their respective counsel, that Defendant shall file a reply in support of Defendant's

16 Motion to Vacate and Set Aside Final Judgment by Default as to Defendant Philip Sabatino

17 Lagori [D73] on or before Friday, March 30, 2018.

18        DATED this 16th day of March, 2018.

19 LEWIS ROCA ROTHGERBER CHRISTIE LLP          CLEAR COUNSEL LAW GROUP

20 By: /s/ David C. McElhinney                 By: /s/ Jonathan W. Barlow
   David C. McElhinney, SBN 33                 Jonathan W. Barlow, SBN 9964
21 One East Liberty Street, Suite 300          1671 W. Horizon Ridge Pkwy. #200
   Reno, Nevada 89501-2128                     Henderson, NV 89012
22 *Attorneys for Defendant Philip Sabatino Lagori*   *Attorneys for Plaintiff Philip
                                               Sabatino Ognibene*
23

24                              **ORDER**

25 IT IS SO ORDERED.

26 Dated this  *21*  day of  *March* , 2018.

27
                                    _____
28                                  UNITED STATES DISTRICT JUDGE