David C. McElhinney
State Bar No. 33
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, Nevada 89501-2128
Tel: 775.321-3414
E-mail: dmcelhinney@lrrc.com
*Attorneys for Defendant Philip Sabatino Lagori*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PHILIP SABATINO OGNIBENE,

    Plaintiff,

v.

PHILIP SABATINO LAGORI, et al.,

    Defendant.

CASE NO. 2:12-CV-01307-RCJ-GWF

**STIPULATION AND ORDER TO WITHDRAW MOTION TO VACATE DEFAULT JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PHILIP SABATINO OGNIBENE ("Plaintiff") and PHILIP SABATINO LAGORI ("Defendant"), (collectively, "Parties"), through their respective counsel, that Plaintiff be allowed to, and Plaintiff does hereby, immediately withdraw, with prejudice, his Motion to Vacate and Set Aside Final Judgment by Default as to Defendant Philip Sabatino Lagori, filed with this Court on February 13, 2018 [D73]. It is further STIPULATED AND AGREED by and between the Parties that each side shall bear their own attorneys' fees and costs incurred in this matter.

DATED this 23rd day of March, 2018.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | CLEAR COUNSEL LAW GROUP |
|---|---|
| By: /s/ David C. McElhinney<br>David C. McElhinney, SBN 33<br>One East Liberty Street, Suite 300<br>Reno, Nevada 89501-2128<br>*Attorneys for Defendant Philip Sabatino Lagori* | By: /s/ Jonathan W. Barlow<br>Jonathan W. Barlow, SBN 9964<br>1671 W. Horizon Ridge Pkwy. #200<br>Henderson, NV 89012<br>*Attorneys for Plaintiff Philip Sabatino Ognibene* |

**ORDER**

IT IS SO ORDERED.

Dated this 23rd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

103939986_1103918509_1